

Home | Need Help? | Weekly Ad — Store Locator | 10+ Employee Businesses | Track Order

SHOP BY CATEGORY | SHOP SERVICES | SHOP DEALS | INK & TONER FINDER | **STAPLES** | YOUR STORE Roseville, MN | EASY REORDER | MY ACCOUNT Please Sign In | 0 ITEM(S)

Search over 1.3 million products and services

Get a head start with Staples Business Loans. More options. Faster approvals. Trusted resources. Powered by lendio — CALL US TODAY

Home > Coffee, Water & Snacks > Coffee & Coffee Makers > Coffee Organizers & Dispensers > Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black (CHCAR35-BLK)

# Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black (CHCAR35-BLK)

**Item:** 2599246    **Model:** CHCAR35-BLK

★★★★★ Be the first to Write a Review



○ **Delivery**

**$14.99**
Each

Not Sold in Stores

1  ADD TO CART

Expected by:
**5 - 7 Business Days**

- Special Financing Available
- Free Pick Up In Store



### Product Details
- Lazy Susan base for easy selection
- Holds 35 single serve coffee pods
- Stylish Black powder coat finish

View Full Product Details

Add to Favorites



## YOU MAY LIKE

Nifty Home Products, Inc. v. EMS Mind Reader LLC
**Complaint Exhibit 5**



**Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee...**

★★★★★ (0)

**$24.99**



**Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver**



**Mind Reader All-in One Coffee Pod Organizer, Black**



**Mind Reader Trove 7 Compartment Coffee Condiment Organizer...**

---

## FEATURED PRODUCTS



**Keurig® OfficePRO® K145 Single-Cup Commercial Coffee Brewer...**

★★★★½ (375)

**$109.99**



**Keurig® OfficePRO® K155 Premier Single-Cup Coffee Brewing...**

★★★★½ (68)

**$229.99**



**Keurig® 2.0 K200 Brewer, Black**

★★★★½ (17)

**$119.99**



**Keurig K425 Coffee Maker**

★★★★½ (4)

**$139.99**

---

**PRODUCT DETAILS**  |  SPECIFICATIONS  |  REVIEWS

## Product Details

Bleary-eyed and trying to get going, the last thing you want to do is hunt and peck for your morning fix. That's why this handy carousel is the essential way for coffee drinkers to organize and keep those pods at the ready. This sleek and stylish carousel won't take up much space and with room for 35 pods, you'll have plenty on hand for caffeine emergencies

- Lazy Susan base for easy selection
- Holds 35 single serve coffee pods
- Stylish Black powder coat finish
- Great for home or office
- Easy to clean, made from quality materials

Would you like to give feedback on product content, images, or tell us about a lower price?

## Specifications

| Coffee Organizer & Dispenser Type | Organizer | Color Family | Black |
|---|---|---|---|
| Height (in.) | 13 | Width (in.) | 7 |
| Depth (in.) | 7 | Weight (lbs.) | 1.73 |
| True Color | Black | Material of Item | Metal |

Get a head start with Staples Business Loans. More options. Faster approvals. Trusted resources. Powered by lendio  CALL US TODAY

Reviews


Get a head start with Staples Business Loans. More options. Faster approvals. Trusted resources. Powered by lendio. CALL US TODAY

**RECENTLY VIEWED PRODUCTS:**

 



Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black...

★★★★★ (0)

**$14.99**



Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee...

★★★★★ (0)

**$24.99**



Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver

★★★★★ (0)

**$16.99**



Mind Reader 'Bam' 36 Capacity Metal Mesh Coffee Pod Drawer, Black

★★★★★ (0)

**$14.99**

Mind Re... Capacity... C...

★

---

Customer Service ⌄ | Corporate Customers ⌄ | Corporate Info ⌄ | See International Sites | Staples Rewards | Careers | Staples Credit Center

Sign up for Staples offers ⌄ | Join us on: | Get the mobile app iOS Android

This Web site is intended for use by US residents only. See International Sites. See our delivery policy for full details. Copyright 1998-2016, Staples, Inc., All Rights Reserved.

Office Supplies | Site Map | Privacy Policy | ▷AdChoices

Have a question? Chat with a Staples expert. Live Chat. Chat Now