

Home & Kitchen › Storage & Organization



Roll over image to zoom in

...eader 'Spinner' 35 Capacity
...g Metal Carousel, Black

...to review this item

....99 FREE Shipping for Prime members once
...able

...hips within 1 to 2 months.

...and sold by Amazon.com. Gift-wrap available.

...san base for easy selection
...single serve coffee pods
...lack powder coat finish
...home or office
...clean, Made from Quality materials

...n $12.99 ✓Prime

...correct product information.





Share ✉ f 🐦 P

Qty: 1 ▼

Add to Cart

or 1-Click Checkout

Buy now with 1-Click®

Free shipping once available

Ship to:
Peter Nikolai- Minneapolis ▼

☐ This is a gift

Add to List

Add to your Dash Buttons

Have one to sell?   Sell on Amazon



Natural Bamboo Coffee Pod Storage Carosel

Creative Home 73460 Single Serve Revolving Coffee Pod Holder
$29.99 $16.57

ad feedback 💬

## Sponsored Products Related To This Item (What's this?)

Page 1 of 5



   

| Mind Reader 'Baggy' 9 Drawer Tea Bag and Accessory Holder, White | Mind Reader 'Hero' 36 Capacity Single Serve Coffee Pod Storage Drawer, Silver/ Grey | Mind Reader 'Anchor' Triple Drawer single serve coffee pod holder with free milk frother... | DecoBros K-cup S... Drawer Holder for K-cup Coffee Pod |
|---|---|---|---|
| ★★★★½ 207 | ★★★★☆ 323 | ★★★★½ 5,099 | ★★★★★ 5,8... |
| $17.99 ✓Prime | $14.99 ✓Prime | $16.98 ✓Prime | $15.97 ✓Prime |

ad feedback 💬

## Customers Who Viewed This Item Also Viewed

    

Nifty Home Products, Inc. v. EMS Mind Reader LLC
Complaint Exhibit 6

K-Cup Carousel - Holds 35 K-Cups in Black | AmazonBasics Coffee Storage Carousel for K-Cup | K-Cup Storage Deluxe Steel Spinning Carousel, | Home-it 35 K Cup Holder for Keurig K-cup Coffee | Mind Reader 'Spinner' 35 Capacity Rotating Chrome



| | | | | |
|---|---|---|---|---|
| 1,407 $19.90 Prime | Pods - 32 Pod Capacity 293 $15.99 Prime | 24 ct. Keurig, Black 87 $17.99 Prime | Pod Holder Keurig K Cup Holders Carousel Organizer 775 $19.87 Prime | Carousel, Silver $12.99 Prime |



K Cup Holder,Oak Leaf Coffee Storage Spinning Carousel Organizer for Keurig K-Cups - 35 Pod,…
409
$20.49 Prime

## Special Offers and Product Promotions

- **Your cost could be $0.00 instead of $12.99**! Get a **$70 Amazon.com Gift Card** instantly upon approval for the **Amazon Prime Rewards Visa Card** Apply now

## Product Description

Bleary-eyed and trying to get going, the last thing you want to do is hunt and peck for your morning fix. That's why this handy Carousel is the Essential way for coffee drinkers to organize and keep those pods at the ready. This sleek and stylish Carousel won't take up much space and with room for 36 pods, you'll have plenty on hand for Caffeine emergencies

## Product Information

| | |
|---|---|
| Product Dimensions | 6 x 6 x 13.6 inches |
| Item Weight | 1.7 pounds |
| Shipping Weight | 2 pounds (View shipping rates and policies) |
| Manufacturer | EMS Mind Reader |
| ASIN | B01NGU3R4T |
| Origin | China |
| Item model number | CHCAR35-BLK |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars |
| Best Sellers Rank | #192,431 in Home and Kitchen (See Top 100 in Home and Kitchen) #24,948 in Home & Kitchen > Storage & Organization |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Sponsored Products Related To This Item (What's this?)

    

| Mind Reader 'Anchor' Triple Drawer single serve coffee pod holder with free milk frother included, … | Aicok Single Serve K-cup Coffee Maker | Aicok Single Serve Coffee Maker K Cup Brewer Stainless Steel Easy To Wash And … | Aicok Travel Size K Cup Coffeemaker Single Serve Brewing System Coffee Machine, Black | 96 K-Cup Variety Pack 15 Distinct Beantown Roasters Coffees No Decaf for Keurig Brewers |
|---|---|---|---|---|
| 5,099 | 459 | 58 | 366 | 1,511 |
| $16.98 Prime | $39.99 Prime | $39.99 Prime | $37.99 Prime | $37.90 Prime |

ad feedback 



ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

There are no customer reviews yet.

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers



Write a customer review

## Customers Also Shopped For







Mind Reader Coffee Condiment and Accessories Caddy Organizer, Black
674
#1 Best Seller in Commercial Condiment Racks
$19.99 Prime

Mind Reader Coupe 30 Capacity Coffee Pod Drawer, Black
60
$12.99 Prime

Mind Reader 'Raise' Metal Mesh Monitor Stand with Drawer, Black
$14.99 Prime

Mind Reader 'Spinner' 35 Capacity Rotating Chrome Carousel, Silver
$12.99 Prime

Mind Reader "Tinny" 35 Capacity Metal Coffee Pod Drawer, Silver/Black
13
$19.95 Prime



Mind Reader "Eclipse" 24 Capacity Single Serve Coffee Pod and Condiment Holder with Swing-Out…
64
$13.99 Prime


The 2017 Volkswagen Jetta

AdChoices
Ad feedback

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

amazon

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |

| | | | | | | |
|---|---|---|---|---|---|---|
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates