

Home | Need Help? | Weekly Ad     Store Locator | 10+ Employee Businesses | Track Order

SHOP BY CATEGORY | SHOP SERVICES | SHOP DEALS | INK & TONER FINDER | **STAPLES** | YOUR STORE Roseville, MN | EASY REORDER | MY ACCOUNT Please Sign In | 0 ITEM(S)

Search over 1.3 million products and services

Introducing Staples® Digital Marketing. Attract new customers and keep them coming    **LEARN MORE**

Home > Coffee, Water & Snacks > Coffee & Coffee Makers > Coffee Organizers & Dispensers > Mind Reader 'Spinner' 35 Capacity Rotating Chrome Carousel, Silver

# Mind Reader 'Spinner' 35 Capacity Rotating Chrome Carousel, Silver

**Item:** 2599247    **Model:** CHCAR35-SIL

☆☆☆☆☆ Be the first to Write a Review



◉ **Delivery**

**$14.99**
Each

1 ▲   **ADD TO CART**

Expected by:
**5 - 7 Business Days**

Not Sold in Stores

- Special Financing Available
- Free Pick Up In Store

## Product Details

- Lazy Susan base for easy selection
- Holds 35 single serve coffee pods
- Stylish chrome silver finish

View Full Product Details

Add to Favorites   f 🐦 P ✉



### YOU MAY LIKE

Nifty Home Products, Inc. v. EMS Mind Reader LLC
Complaint Exhibit 7



**Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black...**

★★★★★ (0)

**$14.99**



**Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee...**

★★★★★ (0)



**Mind Reader All-in One Coffee Pod Organizer, Black**

★★★★★ (17)



**Mind Reader Trove 7 Compartment Coffee Condiment Organizer...**

★★★★★ (12)

## FEATURED PRODUCTS



Keurig® OfficePRO® K145 Single-Cup Commercial Coffee Brewer...

★★★★★ (375)

**$109.99**



Keurig® OfficePRO® K155 Premier Single-Cup Coffee Brewing...

★★★★★ (68)

**$229.99**



Keurig® 2.0 K200 Brewer, Black

★★★★★ (17)

**$119.99**



Keurig K425 Coffee Maker

★★★★★ (4)

**$139.99**

PRODUCT DETAILS | SPECIFICATIONS | REVIEWS

## Product Details

Bleary-eyed and trying to get going, the last thing you want to do is hunt and peck for your morning fix. That's why this handy carousel is the essential way for coffee drinkers to organize and keep those pods at the ready. This sleek and stylish carousel won't take up much space and with room for 35 pods, you'll have plenty on hand for caffeine emergencies

- Lazy Susan base for easy selection
- Holds 35 single serve coffee pods
- Stylish chrome silver finish
- Great for home or office
- Easy to clean, made from quality materials

Would you like to give feedback on product content, images, or tell us about a lower price?

## Specifications

| Coffee Organizer & Dispenser Type | Organizer | Color Family | Gray/Silver |
|---|---|---|---|
| Height (in.) | 13 | Width (in.) | 7 |
| Depth (in.) | 7 | Weight (lbs.) | 1.73 |
| True Color | Silver | Material of Item | Metal |





## Reviews

★★★★★

BE THE FIRST TO WRITE A REVIEW

Powered by ☐



| Customer Service ▾ | Corporate Customers ▾ | Corporate Info ▾ | See International Sites | Staples Rewards | Careers | Staples Credit Center |

Sign up for Staples offers ▾       Join us on:         Get the mobile app
iOS Android

This Web site is intended for use by US residents only. See International Sites. See our delivery policy for full details. Copyright 1998-2016, Staples, Inc., All Rights Reserved.

Office Supplies | Site Map | Privacy Policy | ▶AdChoices

