

Introducing Staples® Digital Marketing. Attract new customers and keep them coming    **LEARN MORE**

Home > Coffee, Water & Snacks > Coffee & Coffee Makers > Coffee Organizers & Dispensers > Mind Reader 'Bam' 36 Capacity Metal Mesh Coffee Pod Drawer, Black

# Mind Reader 'Bam' 36 Capacity Metal Mesh Coffee Pod Drawer, Black

**Item:** 2599245    **Model:** TRYMESH-BLK

☆☆☆☆☆ Be the first to Write a Review





**Delivery**

**$14.99**
Each

1 ▲   ADD TO CART

Expected by:
5 - 7 Business Days

Not Sold in Stores

- Special Financing Available
- Free Pick Up In Store

   

‹   ›

## Product Details

- Holds 36 K-Cup,42 CBTL/Verismo. Dolce Gusto single serve coffee pods
- Place your single serve coffee machine on top to save valuable counter space
- Quality Sliding drawer construction

View Full Product Details

Add to Favorites

   

## YOU MAY LIKE

 

Nifty Home Products, Inc. v. EMS Mind Reader LLC
Complaint Exhibit 9



Mind Reader 'Spinner' 35
Capacity Rotating Chrome
Carousel...

★★★★★ (0)

**$14.99**



Mind Reader 'Spinner' 35
Capacity Rotating Metal
Carousel, Black...

★★★★★ (0)



Mind Reader All-in One
Coffee Pod Organizer, Black

★★★★½ (17)



Mind Reader Trove 7
Compartment Coffee
Condiment Organizer...

★★★★½ (12)

## FEATURED PRODUCTS



Keurig® OfficePRO® K145
Single-Cup Commercial
Coffee Brewer...

★★★★½ (375)

**$109.99**



Keurig® OfficePRO® K155
Premier Single-Cup Coffee
Brewing...

★★★★½ (68)

**$229.99**



Keurig® 2.0 K200 Brewer,
Black

★★★★½ (17)

**$119.99**



Keurig K425 Coffee Maker

★★★★½ (4)

**$139.99**

---

PRODUCT DETAILS   |   SPECIFICATIONS   |   REVIEWS

## Product Details

Bleary-eyed and trying to get going, the last thing you want to do is hunt and peck for your morning fix. That's why this handy storage drawer is the essential way for coffee drinkers to organize and keep those pods at the ready. Designed to be placed underneath your single-serve machine, this sleek and stylish drawer won't take up space. And with room for 36 pods, you'll plenty on hand for caffeine emergencies

- Holds 36 K-Cup,42 CBTL/Verismo. Dolce Gusto single serve coffee pods
- Place your single serve coffee machine on top to save valuable counter space
- Quality Sliding drawer construction
- Built to last with attention to detail and superior materials
- Easy to clean, made from quality materials

---

Would you like to give feedback on product content, images, or tell us about a lower price?

---

## Specifications

| Coffee Organizer & Dispenser Type | Drawer | Color Family | Black |
|---|---|---|---|
| Height (in.) | 2.75 | Width (in.) | 12.75 |
| Depth (in.) | 12.5 | Weight (lbs.) | 3.75 |
| True Color | Black | Material of Item | Wire Mesh |

  

UNBEATABLE ink & toner prices
Backed by our 110% price match guarantee.

Reviews


Introducing Staples® Digital Marketing.
Attract new customers and keep them coming back.
LEARN MORE

RECENTLY VIEWED PRODUCTS:

 











| Mind Reader 'Bam' 36 Capacity Metal Mesh Coffee Pod Drawer, Black | Mind Reader 'Spinner' 35 Capacity Rotating Chrome Carousel... | Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black... | Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee... | Mind R... Capacity... Dra... |
|---|---|---|---|---|
| ★★★★★ (0) | ★★★★★ (0) | ★★★★★ (0) | ★★★★★ (0) | ★ |
| $14.99 | $14.99 | $14.99 | $24.99 | $ |

| Customer Service ⌄ | Corporate Customers ⌄ | Corporate Info ⌄ | See International Sites | Staples Rewards | Careers | Staples Credit Center |

Sign up for Staples offers ⌄

Join us on: 

Get the mobile app
iOS Android

This Web site is intended for use by US residents only. See International Sites. See our delivery policy for full details. Copyright 1998-2016, Staples, Inc., All Rights Reserved.

Office Supplies | Site Map | Privacy Policy | AdChoices

Have a question?
Chat with a
Staples expert
Chat Now

Live Chat