

Home > Coffee, Water & Snacks > Coffee & Coffee Makers > Coffee Organizers & Dispensers >
Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee Pod Drawer, Black

# Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee Pod Drawer, Black

**Item:** 2599235     **Model:** DBTRYMESH-BLK

★★★★★ Be the first to Write a Review



Delivery: Out Of Stock
$24.99

Not Sold in Stores

- Special Financing Available
- Free Pick Up In Store

    

## Product Details

- Holds 72 K-Cup, 84 CBTL/Verismo, Dolce Gusto single serve coffee pods
- Place your single serve coffee machine on top to save valuable counter space
- Quality Sliding drawer construction. Double the drawers, double the capacity

View Full Product Details

Add to Favorites 





## YOU MAY LIKE



| Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver | Mind Reader 'Spinner' 35 | 3-tier K-Cup Drawer - 54 | Mind Reader ' Coupe' 30 |

★★★★★ (0)

Nifty Home Products, Inc. v. EMS Mind Reader LLC
Complaint Exhibit 10

$16.99

Capacity Rotating Metal Carousel, Black...

★★★★★ (0)

Capacity

★★★★★ (0)

Capacity Coffee Pod Drawer, Black...

★★★★★ (0)

## FEATURED PRODUCTS

Keurig® OfficePRO® K145 Single-Cup Commercial Coffee Brewer...

★★★★★ (375)

$109.99

Dixie PerfecTouch 10 oz. Hot Cups and Lids, 50/Pack...

★★★★★ (15)

$12.49

Keurig® OfficePRO® K155 Premier Single-Cup Coffee Brewing...

★★★★★ (68)

$229.99

Keurig® 2.0 K200 Brewer, Black

★★★★★ (17)

$119.99

| PRODUCT DETAILS | SPECIFICATIONS | REVIEWS |

## Product Details

Bleary-eyed and trying to get going, the last thing you want to do is hunt and peck for your morning fix. That's why this handy storage drawer is the essential way for coffee drinkers to organize and keep those pods at the ready. Designed to be placed underneath your single-serve machine, this sleek and stylish drawer won't take up space. And with room for 72 pods, you'll plenty on hand for caffeine emergencies

- Holds 72 K-Cup,84 CBTL/Verismo. Dolce Gusto single serve coffee pods
- Place your single serve coffee machine on top to save valuable counter space
- Quality Sliding drawer construction. Double the drawers, double the capacity
- Built to last with attention to detail and superior materials
- Easy to clean, made from quality materials

Would you like to give _feedback_ on product content, images, or tell us about a lower price?

## Specifications

| Coffee Organizer & Dispenser Type | Drawer | Color Family | Black |
|---|---|---|---|
| Height (in.) | 5.1 | Width (in.) | 12.75 |
| Depth (in.) | 12.5 | Weight (lbs.) | 5.6 |
| True Color | Black | Material of Item | Wire Mesh |



## Reviews



### RECENTLY VIEWED PRODUCTS:

   







| Mind Reader 'Jumbo' 72 Capacity Metal Mesh Stacked Double Coffee... | Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver | Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black... | Mind Reader 'Spinner' 35 Capacity Rotating Chrome Carousel... | Mind Reader Capacity M Pod D |
|---|---|---|---|---|
| ★★★★★ (0) | ★★★★★ (0) | ★★★★★ (0) | ★★★★★ (0) | ★ |
| **$24.99** | **$16.99** | **$14.99** | **$14.99** | |

Customer Service ▼    Corporate Customers ▼    Corporate Info ▼    See International Sites    Staples Rewards    Careers    Staples Credit Center

Sign up for Staples offers ▼ | Join us on: 📘 🐦 📷 ▶ in | Get the mobile app   iOS  Android

This Web site is intended for use by US residents only. See International Sites. See our delivery policy for full details. Copyright 1998-2016, Staples, Inc., All Rights Reserved.

Office Supplies | Site Map | Privacy Policy | ▷AdChoices



Have a question? Chat with a Staples expert — Chat Now (Live Chat)