

Home | Need Help? | Weekly Ad | Store Locator | 10+ Employee Businesses | Track Order

SHOP BY CATEGORY | SHOP SERVICES | SHOP DEALS | INK & TONER FINDER | STAPLES | YOUR STORE Roseville, MN | EASY REORDER | MY ACCOUNT Please Sign In | 0 ITEM(S)

Home > Coffee, Water & Snacks > Coffee & Coffee Makers > Coffee Organizers & Dispensers > Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver

# Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver

**Item:** 2599241  **Model:** POWTRY-SIL

Be the first to Write a Review



Delivery: Out Of Stock
$16.99

Not Sold in Stores

- Special Financing Available
- Free Pick Up In Store

   

## Product Details

- Holds 36 K-Cup,42 CBTL/Verismo. Dolce Gusto single serve coffee pods
- Place your single serve coffee machine on top to save valuable counter space
- Quality Sliding drawer construction. Great metal design for durability

View Full Product Details

Add to Favorites



## YOU MAY LIKE



 Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black...
(0)
$14.99

Mind Reader 'Spinner' 35

 Keurig Storage Drawer 35 ct



 Keurig Under-the-Brewer K

Nifty Home Products, Inc. v. EMS Mind Reader LLC
Complaint Exhibit 11

$14.99 | Capacity Rotating Chrome Carousel... | (2431450) | Cup Storage Drawer
| ★★★★★ (0) | ★★★★★ (2) | ★★★★ (14)

## FEATURED PRODUCTS



| Keurig® OfficePRO® K145 Single-Cup Commercial Coffee Brewer... | Keurig® OfficePRO® K155 Premier Single-Cup Coffee Brewing... | Keurig® 2.0 K200 Brewer, Black | Keurig® 2.0 K400 Coffee Brewer |
|---|---|---|---|
| ★★★★★ (375) | ★★★★★ (68) | ★★★★★ (17) | ★★★★★ (1353) |
| $109.99 | $229.99 | $119.99 | $139.99 |

PRODUCT DETAILS | SPECIFICATIONS | REVIEWS

## Product Details

Bleary-eyed and trying to get going, the last thing you want to do is hunt and peck for your morning fix. That's why this handy storage drawer is the essential way for coffee drinkers to organize and keep those pods at the ready. Designed to be placed underneath your single-serve machine, this sleek and stylish drawer won't take up space. And with room for 36 pods, you'll plenty on hand for caffeine emergencies

- Holds 36 K-Cup,42 CBTL/Verismo. Dolce Gusto single serve coffee pods
- Place your single serve coffee machine on top to save valuable counter space
- Quality Sliding drawer construction. Great metal design for durability
- Built to last with attention to detail and superior materials
- Easy to clean, made from quality materials

Would you like to give feedback on product content, images, or tell us about a lower price?

## Specifications

| Coffee Organizer & Dispenser Type | Drawer | Color Family | Gray/Silver |
|---|---|---|---|
| Height (in.) | 2.75 | Width (in.) | 12.75 |
| Depth (in.) | 12.5 | Weight (lbs.) | 3.85 |
| True Color | Silver | Material of Item | Metal |



travelocity - Change on the fly. AdChoices

## Reviews

Introducing Staples® Digital Marketing. Attract new customers and keep them coming back. LEARN MORE

### RECENTLY VIEWED PRODUCTS:



| Mind Reader 'Leaf' 36 Capacity Metal Coffee Pod Drawer, Silver | Mind Reader 'Spinner' 35 Capacity Rotating Metal Carousel, Black... | Mind Reader 'Spinner' 35 Capacity Rotating Chrome Carousel... | Mind Reader 'Bam' 36 Capacity Metal Mesh Coffee Pod Drawer, Black | Mind Re… Capac… Stacked |
|---|---|---|---|---|
| ★★★★★ (0) | ★★★★★ (0) | ★★★★★ (0) | ★★★★★ (0) | ★ |
| $16.99 | $14.99 | $14.99 | $14.99 | $ |

Customer Service ▼   Corporate Customers ▼   Corporate Info ▼   See International Sites   Staples Rewards   Careers   Staples Credit Center

Sign up for Staples offers ▼        Join us on: [facebook] [twitter] [instagram] [youtube] [linkedin]        Get the mobile app
iOS Android

This Web site is intended for use by US residents only. See International Sites. See our delivery policy for full details. Copyright 1998-2016, Staples, Inc., All Rights Reserved.

Office Supplies | Site Map | Privacy Policy | ▷AdChoices

Have a question?
Chat with a Staples expert
Chat Now
Live Chat